1
2
3
4
5
6
7                    **UNITED STATES DISTRICT COURT**

8                    **EASTERN DISTRICT OF CALIFORNIA**

9  | JANICE DENISE BROWN,              ) Case No.: 1:17-cv-01001-EPG
10 |         Plaintiff,                )
11 |     v.                            ) ORDER EXTENDING TIME TO FILE
                                       ) OPENING BRIEF
12 | NANCY A. BERRYHILL, Acting        )
   | Commissioner of Social Security.  ) (ECF No. 13)
13 |         Defendant.                )
14 |                                   )

15   In light of the stipulation of the parties, and good cause appearing, the time

16 for Plaintiff to file an Opening Brief is hereby extended to April 6, 2018. All other

17 dates in the Court's Scheduling Order, (ECF No. 5), shall be extended accordingly.

18
   IT IS SO ORDERED.
19

20   Dated:  **February 22, 2018**              /s/ Erica P. Grosjean
                                          UNITED STATES MAGISTRATE JUDGE
21

-1-