MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
CYNTHIA B. DE NARDI, CSBN 256770
Special Assistant United States Attorney
   160 Spear Street, Suite 800
   San Francisco, California 94105-2102
   Telephone: (415) 977-8961
   Facsimile: (415) 744-0134
   Email: cynthia.denardi@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| JANICE BROWN,<br><br>    Plaintiff,<br><br>v.<br><br>NANCY E. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:17-cv-01001-EPG<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended from May 7, 2018 to June 6, 2018.

    This is Defendant's first request for an extension of time to respond to Plaintiff's motion. Defendant respectfully requests this additional time because the undersigned attorney is preparing substantive pleadings in two employment discrimination cases before the Equal Employment Opportunity Commission (EEOC) (due May 4 and May 13, respectively), and a

1

Social Security disability motion for summary judgment in United States Court for the Eastern District of California, due May 7, 2018.

    Counsel apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted,

Dated: April 30, 2018      *s/ Lawrence D. Rohlfing\**
(*as authorized by email on 4/30/18)
LAWRENCE D. ROHLFING

Attorney for Plaintiff

Dated: April 30, 2018      MACGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By:    /s/ *Cynthia B. De Nardi*
CYNTHIA B. DE NARDI
Special Assistant United States Attorney

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE BROWN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NANCY E. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 1:17-cv-01001-EPG<br><br>**ORDER ON STIPULATION FOR AN EXTENSION OF TIME** |

Based on the above stipulation, and good cause appearing, Defendant's time within which to file a responsive brief is extended to June 6, 2018. All other dates in the Court's Scheduling Order shall be extended accordingly.

IT IS SO ORDERED.

　　Dated: __**April 30, 2018**__　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

3