**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JANICE DENISE BROWN, | ) Case No.: 1:17-cv-01001-EPG |
| Plaintiff, | ) ORDER AWARDING EQUAL ACCESS TO |
| vs. | ) JUSTICE ACT ATTORNEY FEES AND ) EXPENSES PURSUANT TO 28 U.S.C. § ) 2412(d) AND COSTS PURSUANT TO 28 |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) U.S.C. § 1920 ) |
| Defendant | ) (ECF No. 29) ) ) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses, (ECF No. 29):

IT IS ORDERED that fees and expenses in the amount of $3,750.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

Dated: **February 8, 2019**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

-1-